IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH BECK, ADMINISTRATRIX OF
ESTATE OF ELSIE MCDONALD-HAWKINS,
DECEASED                                                                                          PLAINTIFF

VS.                              CASE NO. 5:07CV00003 JMM

PHYSICIANS MUTUAL INSURANCE COMPANY                                DEFENDANT

## ORDER

The Motion for Admission *Pro Hac Vice* filed by Martin Kasten is granted (#3). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, J. Scott Paul is hereby permitted to appear and participate in this action as counsel for the defendant.

IT IS SO ORDERED this  5  day of February, 2007.

James M. Moody
United States District Judge