IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEBORAH BECK, Administratrix**
of the Estate of **ELSIE McDONALD-HAWKINS,**
Deceased                                                                                          **PLAINTIFF**

V.                                           NO. 5:07CV00003

**PHYSICIANS MUTUAL INSURANCE COMPANY**                     **DEFENDANT**

## ORDER

Pursuant to the telephone conference held in this matter on this date, Defendant's motion to compel is granted in part and denied in part as stated on the record. (Docket # 36).

IT IS SO ORDERED this 6th day of July, 2007.

*James M. Moody*
James M. Moody
United States District Judge