**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF  DIVISION**


**DEBORAH BECK, Administratrix
of the Estate of ELSIE
MCDONALD-HAWKINS
DECEASED**                                                                                                    **PLAINTIFF**


**VS.**                                      **CASE NO. 5:07CV00003 JMM**


**PHYSICIANS MUTUAL INSURANCE COMPANY**                                    **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the

complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this ___22___ day of August, 2007.




_____
James M. Moody
United States District Judge